**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1202

SANDRA D. LYNCH,

Plaintiff - Appellant,

versus

IKON OFFICE SOLUTIONS, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Carl Horn, III, Magistrate Judge. (CA-04-81)

Submitted: July 29, 2005          Decided: August 26, 2005

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sandra D. Lynch, Appellant Pro Se. Sheri Lea Roberson, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sandra D. Lynch appeals the district court's order[*] granting summary judgment to the Defendant on her claims of employment discrimination and retaliation based on race, gender, and disability, under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2000), and the Americans with Disabilities Act, 42 U.S.C. §§ 12101 to 12213 (2000). We have reviewed the record and find no reversible error. Accordingly, while we grant Lynch's motion to submit the case on briefs without oral argument, we affirm for the reasons stated by the district court. See Lynch v. Ikon Office Solutions, Inc., No. CA-04-81 (W.D.N.C. Feb. 16, 2005). We deny Lynch's motion for summary disposition, deny Lynch's motion to compel and for sanctions, and deny as moot Lynch's motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The case was decided by a magistrate judge with the parties' consent. See 28 U.S.C. § 636(c) (2000).

- 2 -